

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RICARDO DE LOS SANTOS, | § | No. 08-19-00113-CV |
| Appellant, | § | Appeal from the |
| v. | § | 207th District Court |
| HELDENFELS ENTERPRISES, INC., | § | of Hays County, Texas |
| Appellee. | § | (TC# 16-2635) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We reverse the judgment of the trial court as to the disability discrimination claim and remand that claim to the trial court for proceedings not inconsistent with this opinion. We affirm the dismissal of the retaliation claim, but reform the dismissal to be without prejudice to refiling before the National Labor Relations Board. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 18TH DAY OF AUGUST, 2020.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.